# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00721-CR

**Andre Demar Gipson, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT
NO. D-1-DC-07-302550, HONORABLE FRED A. MOORE, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Andre Demar Gipson seeks to appeal a judgment convicting him of aggravated robbery. Sentence was imposed on August 7, 2008, and there was a timely motion for new trial. The deadline for perfecting appeal was therefore November 5, 2008. *See* Tex. R. App. P. 26.2(a)(2). Gipson's notice of appeal was filed on November 6. The State has filed a motion to dismiss the appeal to which Gipson's counsel has not responded.

We lack jurisdiction to dispose of the purported appeal in any manner other than by dismissing it for want of jurisdiction. *See Slaton v. State*, 981 S.W.2d 208 (Tex. Crim. App.1998); *Olivo v. State*, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996). The State's motion to dismiss is granted.

The appeal is dismissed.

_____

Jan P. Patterson, Justice

Before Justices Patterson, Puryear and Pemberton

Dismissed for Want of Jurisdiction

Filed:   October 1, 2009

Do Not Publish